CHARLES E. COLLINS et al., Copartners under the Name of CHARLES COLLINS & SONS, Appellants, v. ALEX J. BODNER, Respondent.—Plaintiffs have appealed from an order of the Special Term of Supreme Court (Alexander, J.), setting aside a default judgment entered at a Trial Term in Rensselaer County on September 16, 1943. The action was commenced in April, 1941, to recover the sum of $285, the balance alleged to be due on a contract. The answer alleges payment. Except that this action was brought to obtain different relief than that in *Collins* v. *Izzo* (*ante,* p. 1023, decided herewith) the facts in connection with the default are identical and on the authority of that case the order is modified to provide that the default be opened on payment of ten dollars costs by defendant to plaintiffs, and on the payment of the printing disbursements on this appeal. Order modified accordingly, and as so modified affirmed, without costs. All concur.

RAY MACDOUGALL, Doing Business as MACDOUGALL EQUIPMENT Co., Appellant, v. OSBORNE CONSTRUCTION COMPANY, Respondent.— Appeal from order of Special Term, Chemung County, changing the venue of this action from Broome County to Chemung County. The action was brought in Broome County, where plaintiff resides. The moving papers are insufficient to warrant a change of venue and the order of the Special Term should be reversed. Order reversed on the law and facts, with ten dollars costs, and motion to change the place of trial denied, with ten dollars costs. All concur.

HERMAN SCHMID, Respondent, v. JOHN K. LENCKE, Appellant, et al., Defendants.— Appeal from an order denying defendant Lencke's motion addressed to the complaint under rules 90 and 102 of the Rules of Civil Practice. The complaint states a cause of action and complies with the rules mentioned. Order affirmed, with ten dollars costs and disbursements. All concur.